FILED 19 MAY '23 10:12 USDC-ORP

3:23-cv-748 AR

John Penitani

v.                                                  3·12·2023

Ishmael Jaquez et al

Case Manager Hieberthal

<u>2241 filing</u>

I am writing the Courts today because of the actions of Case Manager Hieberthal. I am simply asking that the case manager correctly file my paperwork to go to home confinement or a RRC anywhere in the Western Region.

I ask this because Case Manager Hieberthal and Mrs. Smith have been lying to me about what has been filed and the issues that arose.

<u>Facts of my issue</u>

I arrived here from Big Spring, Texas in Dec. 2021.

My first team meeting here with Case Manager Ashley Hieberthal was that december of 2021. At that time I was told I was a low-security and low-recidivism inmate. That was also my second team meeting as a low-recidivism inmate. I met all qualifications.

I raise that issue as that's a low-recidivism which is what we're told needs to be met to begin the FSA calculations.

Today, in 2023 march Im here writing this filing.

In Jan 2023, I emailed the unit team letting them know that on Jan 10.2023 the federal registry put out a bulletin that explained that the BOP did not have auto-calculation capabilities. All information must be entered into the computers by hand.

Two days later Case Manager Hiebenthal called me into the back office to tell me that my FSA earned time credits were calculated and that I should be released on 2-22-2023 and she'll file the papers that day.

As 2-22-2023 got closer I did not receive a release schedule so I began to question things. After going to the Assistant Warden (Mr. Bills) Case Manager Hiebenthal called me and said that the office of probation did not understand the First Step Act. She explained that she had to explain to the probation officer the way the First Step Act works. Than she told me

that I had to pay for the bed space in Hawaii. As soon as Hieberthal finished telling me this, I called Lloyd Tamba of House of Hope, where I was trying to go and asked about this payment for the bed space. That phone call was made on the day Hieberthal return e-mailed the Probation Office. The courts can request my phone call and listen to the recording of Lloyd Tamba explaining that if I was to be released on 2-22-2023, I need no money at all up front as the bed is mine.

So Case manager Hieberthal lied to me there. Than on 2-22-2023, I spoke to Counselor Cray who explained I should contact the probation office. The probation office explained that Case Manager Hieberthal did not file for the "FLM", Federal Location Monitor.

As I returned to Counselor Cray and explained this, he seemed shocked and said that Hieberthal knows she's supposed to do that as she just had this issue with another Hawaii inmate. So there's no reason she did not file the "FLM" request.

Counselor Cray than sent this issue to Case Manager Coordinator Assistant Mrs. Strange.

On 2-24-2023, Case Manager Hieberthal came in and said she was with Mrs. Strange and they

figured it out, and fixed the filing. After that day, Case Manager Hiebenthal has been gone for going on 3 weeks as she's always augmented and her position is left empty.

I spoke to then Unit Manager Smith, Mr. Cray, A.W. Bills, and Warden Jaquez.
I also filed 2 BP-8's and got no answers. All evidence is easily found as the 2 BP-8's were done on the computer in E-mail form.

Also, on 3-9-2023, our respected Warden was at the night time pill line calling inmates "Rats". How professional is that?
I raise this as well to show how prejudicial and unprofessional our Warden is. Then when someone checks in, they lock down the whole unit. Mass punishment which is unconstitutional, and the handbook says being locked down is a punishment, so if they don't want people to be checked in, why call them "rats". Danger is at every prison. I was at a low security where people were hurt and killed. So I don't understand how the Warden and staff are seeking safety but creating issues by name calling.

In closing I am asking the courts to simply ask the warden why he's acting so unprofessional, and for Case Manager Hiebenthal to please explain why it is=I have over 300 days with held, and why it is that alot of this issue could be figured out with one call to probation to see what all needs to be done to put people at the halfway house, or on home confinement.

Than she can do that. Recently, another case manager explained that they were told to make the First Step Act, the least impactful as possible. So it is common sense that by deliberately mis-filing my paperwork I would be denied, than if it's refiled and maybe accepted that would take away 3 to 4 months from the 2nd Chance and First Step Credit's inmates earned.

I have been in prison for about 10 years, I had over 1000 days FSA ETC's. After Case Manager Hiebenthal refused to allow all my FSA ETC's by not calculating my FSA ETC's when I got here, they disallowed days to seem as they did nothing wrong.

Now I'm past 2·22·2023, and this fights

against the First Step Act by denying me the First Step Act Credits I earned as I'm still here, fighting to correct Case Manager Hiebenthal's actions while the days I earned are passing by.

This is Case Manager Hiebenthal intentionally working against Programs that were meant to stop recidivism and rehabitate people.

At this point I believe Case Manager Hiebenthal could retaliate and try to do something to deny me the First Step Act. The worse part is, Mrs. Hiebenthal by not filing my papers to probation correctly either shows she is incompetent, or committing a fraud, and if so should be addressed and be removed from her position as she's dealing with peoples lives.

The Average people are seeing on her case load is 7 to 8 months Halfway House / Home Confinement even as she puts in for the year because shes putting in thier paperwork either late, or wrong. This is happening in multiple cases and as for Hawaii inmate Robert Cardines, she wrote him a false incident report and intentionaly deived him home confinement when probation called okaying him the Home Confinement placement

Thank you for letting me file,
Respectfully,

*J. Penila*
15687-022

3·12·2023

Peritani, John
15687-022
Federal Correctional Institution
P.o. Box 5000
Sheridan, Oregon 97378

U.S. POSTAGE PAID
FCM LG ENV
SHERIDAN, OR
97378
MAR 14, 23
AMOUNT
$0.00
R2305M143358-09

RDC 21      97204

Oregon's Federal Court
Mark O'Hatfield United States Courthouse
Room 1207
1000 S.W. Third Avenue
Portland, Oregon 97204-2949