IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN PENITANI,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ISRAEL JACQUEZ, et al.,<br><br>　　　　Respondents. | Case No. 3:23-cv-00748-AR<br><br>**ORDER TO DISMISS** |

**IMMERGUT, Judge**

　　Petitioner, an adult in custody at FCI Sheridan, brings this 28 U.S.C. § 2241 habeas corpus action as a self-represented litigant. On May 31, 2023, this court issued an Order denying Petitioner's Application to Proceed *In Forma* Pauperis and requiring Petitioner to submit the $5.00 filing fee within 30 days. The court advised Petitioner that if he failed to do so, this action would be dismissed.

　　Petitioner did not pay the $5.00 filing. Accordingly, IT IS ORDERED that this action is DISMISSED, without prejudice.

　　IT IS SO ORDERED.

　　DATED this  6th  day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Karin J. Immergut
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1 – ORDER TO DISMISS