IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOHN PENITANI,

        Petitioner,

v.

ISRAEL JACQUEZ, et al.,

        Respondents.

Case No. 3:23-cv-00748-AR

**JUDGMENT**

**IMMERGUT, Judge.**

    Based on the Record,

    IT IS ORDERED AND ADJUDGED that this Action is dismissed, without prejudice.

    DATED this  6th  day of July, 2023.

                                              Karin J. Immergut
                                              United States District Judge